STATE OF NEW JERSEY v. DAVID LUDWIG.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MARSHALL.

May 13, 1980.

Petition for certification denied.

ROSE PALEGRECO v. CITY OF NORTHFIELD.

May 13, 1980.

Petition for certification denied.